UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| RCM HILL, LLC, | § | |
| Plaintiff, | § | |
| v. | § | CASE NO.: 6:26-CV-00340 |
| HILL COUNTY, SHANE BRASSELL, JIM | § | |
| HOLCOMB, LARRY CRUMPTON, | § | |
| Defendants. | § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED,** by and between Plaintiff RCM Hill, LLC, ("RCM") and Defendants Hill County, Shane Brassell, Jim Holcomb, and Larry Crumpton, (collectively, "Defendants"), through their undersigned counsel, that the above-captioned action is dismissed with prejudice as to all claims, causes of action, and parties, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that each party shall bear its own costs, expenses, and attorneys' fees, except as otherwise agreed in writing by the parties.

DATED this 8th day of July, 2026.

**BEARD, KULTGEN, BROPHY,
BOSTWICK & DICKSON, PLLC**

By: _____

Andy McSwain
State Bar No. 13861100
Frederick deB. Bostwick, III
State Bar No. 02682500220
220 South Fourth Street
Waco, Texas 76701
(254) 776-5500 (telephone)
(254) 776-3591 (telecopier)
mcswain@thetexasfirm.com
bostwick@thetexasfirm.com

AND

**THALHEIMER, CIPIONE, WHELAN
& MORGAN, PLLC**

By: _____

Thomas M. Whelan
State Bar No. 21263800
8350 N. Central Expressway
Suite 1420
Dallas, Texas 75206
(214) 954- 6815 (telephone)
twhelan@tcwmlaw.com

**ATTORNEYS FOR PLAINTIFF
RCM HILL, LLC**

ALLISON, BASS & MAGEE, L.L.P.

By: _J. Eric Magee_

J. Eric Magee
State Bar No. 24007585
Allison, Bass & Magee, L.L.P.
1301 Nueces Street, Suite 201
Austin, Texas 78701
(512) 482-0701 (Telephone)
e.magee@allison-bass.com

**ATTORNEYS FOR DEFENDANTS
HILL COUNTY, SHANE BRASSELL,
JIM HOLCOMB and LARRY CRUMPTON**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **9**th day of July, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the parties to the case, and have sent this filing via electronic mail to the following:

_____
Andy McSwain